# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**SEALED**

FILED
MAY 9 2019
CLERK, US DISTRICT COURT
NORFOLK, VA

| United States of America | ) | UNDER SEAL |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:19mj 251 |
| PEDRO EMILIO DURAN | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between on or about April 19, 2018 to on or about May 13, 2018,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| Count One: | |
| 18 U.S.C. § 1349 | Any person who attempts or conspires to commit any offense under Chapter 63 of Title 18 of the United States Code, which includes Bank Fraud under 18 U.S.C § 1344, shall be punished. |
| Count Two: | |
| 18 U.S.C. § 1028A | Whoever, during and in relation to any felony violation enumerated, including Bank Fraud and Conspiracy under 18 U.S.C. §§ 1344 and 1349, knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person, shall be punished. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Erik Gudmundsen, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/9/19

_____
*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*

City and state: Norfolk, VA